IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RABBI K.A. ISRAEL, Guardian and Son of the Dearly Departed Ms. Louise (Garth) Richardson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 04-3140 |
| STATE OF ILLINOIS DEPARTMENT OF PUBLIC HEALTH; ERIC E. WHITACRE, Director of the Illinois Department of Public Health; CATHERINE M. STOKES, Assistant Deputy Director Bureau of Hospitals and Ambulatory Services, Illinois Department of Public Health; Division of Healthcare Facilities and Programs, Illinois Department of Public Health; ROSE CASTLEMAN, Illinois Department of Health; MAURICE McCALLISTER, Chicago Office, Illinois Department of Public Health; AIDA TRINIDAD, Chicago Office, Illinois Department of Public Health; ROSE KRAEM, Chicago Office, Illinois Department of Public Health; SECRETARY TOMMY THOMPSON, Director U.S. Department of Health and Human Services; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

## ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court on remand for the limited purpose of determining whether to extend or reopen the time to appeal.

Pursuant to the Court's Order, judgment was entered in favor of the Defendants on April 6, 2005. The Plaintiff's notice of appeal was filed on June 22, 2005, which was sixteen days late under Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure. In an Order dated July 27, 2005, this Court denied the Plaintiff's motion to extend the time in which to file a notice of appeal.

In its Order remanding the case, the Seventh Circuit notes that on June 22, 2005, the Plaintiff filed a paper with the district court regarding a change of address. The Seventh Circuit states that it treats that paper as a separate request to extend or reopen the time to appeal. Accordingly, the Seventh Circuit asks this Court whether it will extend or reopen the time to appeal under Federal Rule of Appellate Procedure 4(a)(5), (6).

The Court declines to extend or reopen the time to appeal. In his

filing on June 22, 2005, the Plaintiff notes that his address changed on January 1, 2005. However, the Plaintiff did not at that time inform the Court that his address had changed. Accordingly, the Court concludes that the Plaintiff is unable to show excusable neglect or good cause under Rule 4(a)(5)(ii).

Ergo, the Court declines to extend or reopen the time in which to appeal under Federal Rule of Appellate Procedure 4(a)(5), (6). The Clerk of Court will forward a copy of this Opinion and Order to the Seventh Circuit.

ENTER: September 26, 2005

        FOR THE COURT:

                s/Richard Mills
                United States District Judge